D. C. Oyster *v.* Alfred Short and C. R. Earley. Appeal of W. H. Horton, Administrator of Hezekiah Horton, deceased.

Argued May 4, 1896. Appeal, No. 293, Jan. T., 1896, by W. H. Horton, Administrator of Hezekiah Horton, deceased, from decree of C. P. Elk Co., Sept. T., 1893, No. 3, on bill in equity. Before STERRETT, C. J., GREEN, WILLIAMS, MITCHELL and DEAN, JJ. Affirmed.

*Geo. A. Jenks*, with him *W. S. Hamblen*, for appellant.

*L. Rosenzweig* and *S. W. Smith*, with them *Geo. A. Rathbun, C. B. Earley, Geo. R. Dixon* and *Geo. A. Allen* for appellees.

OPINION BY MR. JUSTICE GREEN, October 5, 1896:

What has already been said in the appeal of this same appellant in the case No. 56, July term, 1895, supra, 594, on our list, disposes of the contentions made in this case, and for the reasons there stated we affirm the decree now appealed from.

Decree affirmed and appeal dismissed at the cost of the appellant.